UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MAYTEE DE LA CARIDAD
RODRIGUEZ MUNOZ as next friend of
JULIO ARMANDO CASTILLO
SALAZAR,

          Petitioner,

v.

UNKNOWN PARTY,

          Respondent.
_____/

Case No. 1:25-cv-1739

Hon. Hala Y. Jarbou

## ORDER TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO AMEND

Petitioner Maytee De La Caridad Rodriguez Munoz has filed a one-page petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on behalf of Julio Armando Castillo Salazar. Petitioner states that Mr. Salazar is detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. (Pet., ECF No. 1, PageID.1.) Petitioner seeks Mr. Salazar's immediate release or a bond hearing for the following reasons: (1) health and due process concerns; (2) a "pending marriage promise"; and (3) to allow Mr. Salazar to "go to his court to comply with the law and be able to get married." (*Id.*)

On December 12, 2025, the Court entered an order directing Petitioner to (i) complete and return an amended § 2241 petition using the form provided by the Clerk, which should include Mr. Salazar's A-Number and his country of birth; and, (ii) submit a written response explaining why she should be permitted to proceed on behalf of Mr. Salazar as his next friend. (ECF No. 3.)

Petitioner partially complied with the Court's Order. On December 19, 2025, Petitioner filed a letter with the Court detailing her relationship with Mr. Salazar. (ECF No. 4.) However, Petitioner did not file an amended § 2241 petition using the form provided by the Clerk.

On January 7, 2026, the Court entered a second order directing Petitioner to file an amended § 2241 petition using the form provided by the Clerk within seven (7) days.

More than seven (7) days have elapsed. Petitioner failed to file the form petition as directed by the Court in the December 12, 2025, and January 7, 2026, orders. Because Petitioner has failed to comply with the Court's orders, dismissal of this action without prejudice is appropriate. Therefore, the Court will issue a judgment dismissing the action without prejudice.

**IT IS SO ORDERED**.


Dated: January 20, 2026            /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE